IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 09-cv-02822-CMA-BNB

ELSA BERNHAU [sic],

    Plaintiff,

v.

ARAPAHOE COMMUNITY COLLEGE,

    Defendant.

---

### ORDER TO AMEND CAPTION

---

The Court having received and reviewed the Defendant's Unopposed Motion To Amend Caption (Doc. # 6) and the file, having considered said motion, and being fully advised in the premises, hereby

ORDERS that the caption in the above-referenced matter shall be amended to change the individual Plaintiff name of Elsa Bernhau to **Elsa Berhanu**.

DATED: December  16 , 2009

BY THE COURT:

_(signed) Christine M. Arguello_

CHRISTINE M. ARGUELLO
United States District Judge