IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02822-CMA-BNB

ELSA BERHANU,

Plaintiff,

v.

ARAPAHOE COMMUNITY COLLEGE,

Defendant.

___

## MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Vacate Settlement Conference** [docket no. 20, filed September 7, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Settlement Conference set for **September 15, 2010**, is **VACATED**.

DATED:  September 7, 2010